# United States District Court
# Central District of California

| | |
|---|---|
| JOSEPH BOUDRE, | Case No. 2:18-cv-05243-ODW (JPR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BMW OF NORTH AMERICA, LLC; DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to Plaintiff's Notice of Acceptance of Defendant BMW of North America, LLC's Rule 68 Offer of Judgment (ECF No. 16), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Judgment is entered in favor of Plaintiff Joseph Boudre and against BMW of North America, LLC as follows: $22,978.43 to be paid directly to plaintiff and Defendant BMW of North America, LLC to pay the balance of the vehicle loan to the lienholder of record. Any overpayment to the lienholder of record will be refunded to plaintiff.

2. Plaintiff's reasonable attorney's fees and costs will be determined by negotiation between the parties or by the Court on noticed Motion.
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 23, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**